No. 617, Misc. CRAIG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 621, Misc. LAYTHAM *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 622, Misc. JONES *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 623, Misc. RUSSELL *v.* MADIGAN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Harold H. Greene* for respondent.

No. 626, Misc. BELL *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 630, Misc. WHITE ET AL. *v.* CLEMMER, CORRECTIONS DIRECTOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Chester H. Gray, Milton D. Korman* and *Hubert P. Pair* for respondents.

No. 637, Misc. JOHNSON *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 633, Misc. LYLES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.